In the Matter of the Probate of the Last Will and Testament of ISAAC RITTER, Deceased, as a Will of Real and Personal Property.— Decree of the Surrogate's Court of Nassau county affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

EVAN B. ADAIR, Appellant, v. STERLING L. ADAIR, Defendant. CORNELIUS VANDERBILT WHITNEY, Respondent.— Motion dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

LEWIS N. ROSENBAUM, Appellant, v. WILLIAM O. MANSON, the Name WILLIAM Being Fictitious, etc., Respondent.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

WILLIAM A. COOPE, Plaintiff, v. WILLIAM G. HERRMANN and Another, Individually and as Executors of and Trustees under the Last Will and Testament of JOHANNA MARIA KOENAN, Deceased, Appellants, Impleaded with Others, Defendants. THOMAS P. HANAGAN, Guardian ad Litem, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOUIS COWAN, Respondent, v. FINN HOLDING CORPORATION and FINN L. FOSSUME, Appellants.— Appeal withdrawn by consent.

ADELAIDE GERTON, Respondent, v. WILLIAM S. BROWN and HENRY CLAMAN, Appellants.— Orders reversed on the law, with ten dollars costs and disbursements, and plaintiff's motion for judgment on the pleadings denied, with ten dollars costs. We think the answers of the defendants presented issues which require a trial upon the merits. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

JERUSHA I. HALL, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with CONCRETE MATERIAL CO., INC., Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

FREDERICK H. HEINEMAN, Respondent, v. CITY INVESTING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur.

JOHN D. HELMKEN, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with CONCRETE MATERIAL CO., INC., Appellant.— Order affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

ANNA HOFFMAN, as Administratrix, etc., of HENRY HOFFMAN, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. We do not pass upon the question as to the right of the city to operate the railroad as it is not presented to us by the pleadings. Present — Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ.

BURTON M. HOVEY, Respondent, v. ALBERT J. KOBLER, Appellant.— Order reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Schechtman* v. *Salaway* (204 App. Div. 549, 551). Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.